# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

P&R HEREFORDS, LLC and ) 
PAUL LAUBACH, ) 
     ) 
    Plaintiffs, ) 
     ) 
v. )    Case No.  CIV-25-01533-JD 
     ) 
AMERICAN HEREFORD ) 
ASSOCIATION and JACK WARD, ) 
     ) 
    Defendants. ) 

## **ORDER**

Before the Court is a Motion to Dismiss filed by Defendants American Hereford Association and Jack Ward ("Motion"). [Doc. No. 20]. The Motion challenges the sufficiency of Plaintiffs' original Complaint [Doc. No. 1].

In response to the Motion, Plaintiffs timely filed an Amended Complaint under Federal Rule of Civil Procedure 15(a)(1)(B). [*See* Doc. No. 23]. Plaintiffs' amendment "supersedes the original and renders it of no legal effect." *Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991); *see Predator Int'l, Inc. v. Gamo Outdoor USA, Inc.*, 793 F.3d 1177, 1180–81 (10th Cir. 2015); *Mink v. Suthers*, 482 F.3d 1244, 1254 (10th Cir. 2007). Thus, the Motion is moot.

IT IS THEREFORE ORDERED that the Motion to Dismiss [Doc. No. 20] is **DENIED** as moot and without prejudice.

IT IS SO ORDERED this 10th day of April 2026.

                                      _____
                                        JODI W. DISHMAN
                                        UNITED STATES DISTRICT JUDGE